**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 2:11cv708-MHT** |
| ) | **(WO)** |
| **ONE HUNDRED NINETY FIVE** ) | |
| **THOUSAND TWO HUNDRED** ) | |
| **SEVENTY ($195,270) DOLLARS IN** ) | |
| **UNITED STATES CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |

**DECREE OF FORFEITURE**

Before the Court is the United States of America's ("United States") Motion for Decree of Forfeiture.

On August 30, 2011, the United States filed a Verified Complaint for Forfeiture In Rem alleging that the Defendant property is subject to forfeiture, pursuant to 21 U.S.C. § 881(a)(6), which provides for the seizure and forfeiture of all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of 21 U.S.C. § 841(a), all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of 21 U.S.C. § 841(a). (Doc. #1).

It appearing that process was fully issued in this action and returned according to law:

Pursuant to a Warrant of Arrest *In Rem* issued by this Court on July 17, 2013, (Doc. #3), the United States Marshals Service for this District served the Defendant property on September 2, 2011. (Doc. #25).

1

On September 27, 2011, Attorney Nathaniel Haugabrook was served by a deputy United States Marshal with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Complaint for Forfeiture against Personal Property, and Warrant of Arrest *In Rem*. (Doc. #4).

On October 1, 2011, Anthony Jerome Gage was served individually and c/o Gage Ground Transportation, Inc. with copies of the Verified Complaint for Forfeiture *In Rem*, Notice of Complaint for Forfeiture against Personal Property, and Warrant of Arrest *In Rem*. (Doc. #5).

Notice of said civil forfeiture action was posted on an official government internet site (www.forfeiture.gov) for a period of 30 consecutive days, beginning on September 29, 2011, and ending on October 28, 2011. (Doc. #18).

On October 24, 2011, Anthony Jerome Gage filed a Claim to the Defendant property (Doc. #9) and an Answer to the Verified Complaint. (Doc. #6).

On February 11, 2014, the United States and Claimant Anthony Jerome Gage entered into a Stipulation for Compromise Settlement whereby Claimant consented to entry of a Decree of Forfeiture forfeiting One Hundred Eighty Seven Thousand Five Hundred ($187,500) Dollars to the United States to be disposed of according to law.  The United States agreed to release Seven Thousand Seven Hundred Seventy ($7,770) Dollars to Claimant, through his attorney, Nathaniel G. Haugabrook, II.

No other claim or answer has been filed on behalf of any other party.

Now, therefore, on motion of the United States for a Decree of Forfeiture (Doc. # 27), and for good cause otherwise shown, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that said motion is granted as follows:

(1) The United States Marshals Service shall release Seven Thousand Seven Hundred Seventy ($7,770) Dollars to Claimant Anthony Gage, through his attorney, Nathaniel Haugabrook, II, subject to the requirements of 31 U.S.C. § 3716;

(2) One Hundred Eighty Seven Thousand Five Hundred ($187,500) Dollars of the Defendant property is forfeited to the United States and no right, title or interest in the Defendant property shall exist in any other party and it shall be disposed of according to law;

(3) Each party will bear their own costs.

This case is closed.

DONE this the 18th day of March, 2014.

        /s/ Myron H. Thompson        
UNITED STATES DISTRICT JUDGE